JS-6

1  Bradley P. Boyer (SBN 179430)
   Email: Bradley.Boyer@KutakRock.com
2  Saundra K. Wootton (SBN 224674)
   Email: Saundra.Wootton@KutakRock.com
3  KUTAK ROCK LLP
   777 South Figueroa Street, Suite 4550
4  Los Angeles, CA 90017
   Telephone: (213) 312-4000
5  Facsimile: (213) 312-4001

6  Attorneys for Plaintiff
   KEEWAYDIN DRIVE REALTY, L.L.C.
7

8
   Neil C. Evans (SBN 105669)
9  Email: Evanstnt@aol.com
   13351 D Riverside Drive, Ste. 612
10 Sherman Oaks, CA 91423
   Telephone: (818) 802-8333
11 Facsimile: (213) 406-1231

12 Attorneys for Defendant
   INTER-COAST INTERNATIONAL TRAINING,
13 INC.

14

15             UNITED STATES DISTRICT COURT

16    FOR THE CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

17

| 18 | KEEWAYDIN DRIVE REALTY, L.L.C., a New Hampshire limited liability company, | Case No. CV16-02545 SVW (FFMx) |
|----|----|----|
| 19 | | ORDER ON **STIPULATION FOR DISMISSAL WITH PREJUDICE; AND ORDER THEREON** |
| 20 | Plaintiff, | |
| 21 | v. | |
| 22 | INTER-COAST INTERNATIONAL TRAINING, INC., a California corporation, | Complaint Filed: 04/13/16 |
| 23 | | Trial: 10/25/16 |
| 24 | Defendant. | |

25

26     The parties, Plaintiff, Keewaydin Drive Realty, L.L.C. and Defendant Inter-

27 Coast International Training, Inc., through their respective attorneys, hereby

28 stipulate as follows:

KUTAK ROCK LLP
ATTORNEYS AT LAW
LOS ANGELES

STIPULATION FOR DISMISSAL WITH PREJUDICE; AND ORDER THEREON

CASE NO. CV16-02545 SVW (FFMX)

4837-3101-2155.1

1. Plaintiff's entire complaint against Defendant Inter-Coast International Training, Inc. as captioned above, including all causes of action alleged therein, are hereby dismissed with prejudice; and

2. All parties shall bear their own attorneys' fees and costs.

SO STIPULATED:

Dated:   October 21, 2016          KUTAK ROCK LLP


By:   /s/
    Bradley P. Boyer
    Saundra K. Wootton
    Attorneys for Plaintiff
    KEEWAYDIN DRIVE REALTY, L.L.C.


Dated:   October 21, 2016          LAW OFFICES OF NEIL C. EVANS


By:   /s/
    Neil C. Evans
    Attorneys for Defendant
    INTER-COAST INTERNATIONAL TRAINING, INC.


IT IS SO ORDERED:


Dated:   October 21, 2016

*[signature]*

THE HONORABLE STEPHEN V. WILSON
Judge of the United States District Court for the Central District of California

# CERTIFICATE OF SERVICE

***KEEWAYDI DRIVE REALTY, L.L.C. VS. INTER-COAST INTERNATIONAL TRAINING, INC.***

UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the City of Los Angeles in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is Suite 4550, 777 South Figueroa Street, Los Angeles, California 90017-2513.

On October 21, 2016, I served on all interested parties as identified on the below mailing list the following document(s) described as:

**STIPULATION FOR DISMISSAL WITH PREJUDICE; AND ORDER THEREON**

XX   **BY NOTICE OF ELECTRONIC FILING)**  Counsel who have consented to electronic service have been automatically served by the Notice of Electronic Filing, which is automatically generated by CM/ECF at the time said document(s) was(were) filed, and which constitutes service pursuant to FRCP 5(b)(2)(D).

XX   **(FEDERAL)**  I declare that I am employed in the office of a member of the bar of this Court at whose direction service was made.

Executed on October 21, 2016, at Los Angeles, California.

_____
VIRGINIA L. GOMEZ

KUTAK ROCK LLP
ATTORNEYS AT LAW
LOS ANGELES

4813-1437-2667.1

PROOF OF SERVICE

## SERVICE LIST

Neil C. Evans, Esq.
LAW OFFICES OF NEIL C. EVANS
13351 D Riverside Drive, Suite 612
Sherman Oaks, CA  91423
Tel:  (818) 802-8333
Email:  evanstnt@aol.com

4813-1437-2667.1

- 2 -

PROOF OF SERVICE

Kutak Rock LLP
Attorneys At Law
Los Angeles